DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3713
   FAX: (510) 637-3724
   Molly.Priedeman@usdoj.gov

Attorneys for United States of America

FILED

Jan 13 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-mj-70026-MAG |
| Plaintiff, | |
| v. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| BRUCE EDWARD ANDERSON IV, | |
| Defendant. | |

TO:    The Honorable Nathanael M. Cousins, United States Magistrate Judge for the Northern District
       of California

    Assistant United States Attorney MOLLY K. PRIEDEMAN respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner BRUCE EDWARD ANDERSON IV, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-mj-70026-MAG

1 | The prisoner, BRUCE EDWARD ANDERSON IV, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: January 13, 2021

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-mj-70026-MAG