DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3713
    FAX: (510) 637-3724
    Molly.Priedeman@usdoj.gov

Attorneys for United States of America

**FILED**
Jan 13 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-mj-70026-MAG |
| Plaintiff, | |
| v. | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| BRUCE EDWARD ANDERSON IV, | [UNDER SEAL] |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant BRUCE EDWARD ANDERSON IV, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: __January 13, 2021__        _____
                                                          HON. NATHANAEL M. COUSINS
                                                          United States Magistrate Judge

*GRANTED — Judge Nathanael M. Cousins*

ORDER
CASE NO. 21-mj-70026-MAG

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DONALD M. O'KEEFE, United States Marshal for the Northern District of California and /or any of his authorized deputies and South Placer Jail, 11801 Go For Broke Road, Roseville, California, 95678:

Pursuant to the foregoing petition and order, you are directed to produce the body of BRUCE EDWARD ANDERSON IV, who is in the custody of South Placer Jail, before the Honorable Nathanael M. Cousins, United States Magistrate Judge for the Northern District of California via Zoom proceedings on January 25, 2021, at 1:00 pm, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release BRUCE EDWARD ANDERSON IV from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 01/13/2021

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
Jessie Mosley
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-mj-70026-MAG