STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3713
    FAX: (510) 637-3724
    Molly.Priedeman@usdoj.gov

Attorneys for United States of America

**FILED**
Oct 19 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE EDWARD ANDERSON IV, <br><br> Defendant. | CASE NO. 21-mj-70026-MAG <br><br> PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:    The Honorable Robert M. Illman, United States Magistrate Judge for the Northern District of California

Assistant United States Attorney MOLLY K. PRIEDEMAN respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner BRUCE EDWARD ANDERSON IV, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

//

//

//

The prisoner, BRUCE EDWARD ANDERSON IV, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

Dated: October 18, 2021

Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/ *Molly K. Priedeman*

MOLLY K. PRIEDEMAN
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-mj-70026-MAG
[UNDER SEAL]