MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor.
Sacramento, CA 95814
(916) 498-9258

mark@reichellaw.com

Attorney for Defendant
BRUCE ANDERSON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>BRUCE ANDERSON<br><br>   Defendant. | CASE NO. 22-CR-0084 JST<br><br>STIPULATION FOR NEW SENTENCING DATE [PROPOSED] FINDINGS AND ORDER<br><br>DATE: December 1, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Jon S. Tigar |

**STIPULATION**

  Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

  1. Defense counsel requests and the plaintiff does not oppose moving the current sentencing date of October 6, 2023, and to set a sentencing date on December 1, 2023.

  2. Counsel for the defendant is in a state court trial entitled People v Kevin Davis, Placer County Superior Court, which will conclude on or about October 10, 2023. He would not be available on October 6, the date currently set for the sentencing in this matter.

| | |
|---|---|
| IT IS SO STIPULATED. | ISMAIL J. RAMSEY<br>United States Attorney |
| Dated:  October 4, 2023 | |
| | /s/EVAN MATTHEW MATEER<br>Assistant United States Attorney |
| Dated:  October 4, 2023 | /s/ MARK J. REICHEL<br>MARK J. REICHEL<br>Counsel for Defendant |

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this _____ day of October 2023.

_____

THE HONRABLE JON S. TIGAR

UNITED STATES DISTRICT COURT JUDGE